

FILED
CHARLOTTE, NC

APR - 3 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

Victoria Hall

vs..

CASE NO. 3:26-cv-272-SCR

Julie Poley, Michael A. Faleck, Sulay Grant, Dawn Hill-Kearse

1. Defendants violated fourteenth amendment rights,

2. Plaintiff demands a reasonable amount to be decided by the Court.

The undersigned declares under penalty of perjury that she is the plaintiff and has read the complaint and that the information contained in the complaint is true and correct.

Victoria Hall

3/17/26